1  BRUCE BOTHWELL, ESQ. #94790
brucebothwell@yahoo.com

2  LAW OFFICES OF BRUCE BOTHWELL
One World Trade Center, Suite 1860

3  Long Beach, California 90831-1860
Telephone: (562) 435-0818

4  Facsimile: (562) 435-0878

5  Attorneys for Plaintiffs and Counter-Defendants
ISAIAS PAJA and KATHY PAJA

6

7

8

9             **UNITED STATES DISTRICT COURT**

             **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ISAIAS PAJA and KATHY PAJA | CASE NO.: CV 09-02622 E |
| 12          Plaintiffs/<br>Counter-Defendants, | ~~[PROPOSED]~~ ORDER TO VOLUNTARILY DISMISS COMPLAINT AND COUNTERCLAIM WITH PREJUDICE |
| 14      vs. | |
| 15  DOWNEY UNIFIED SCHOOL DISTRICT, | Judge: Honorable Charles F. Eick |
| 16          Defendant/<br>Counter-Claimant. | Complaint Filed: April 15, 2009<br>Counterclaim Filed: May 1, 2009 |

19

20      Based upon the stipulation of the parties hereto,

      **THE COURT ORDERS** that pursuant to the Stipulation to Voluntarily Dismiss under Federal Rules of Civil Procedure Rules 41(a)(2) and 41(c) the Complaint and Counterclaim in this matter are dismissed with prejudice.

25  Dated: 11/18/09 _____

                              CHARLES F. EICK
              UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order to Voluntarily Dismiss Complaint and Counterclaim with Prejudice